```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
_____

YOUNGSOO S. LEE,                    )
                                    )
      Plaintiff,                    )
                                    )
v.                                  )    No. 13-02189-JPM-tmp
                                    )
BANK OF AMERICA, N.A.,              )
BAC HOME LOAN SERVICES, and         )
MERSCORP ("MERS") et al.,           )
                                    )
      Defendants.                   )
                                    )
_____

           ORDER ADOPTING REPORT AND RECOMMENDATION:
            GRANTING DEFENDANTS' MOTION TO DISMISS
_____
```

Before the Court is the Report and Recommendation of Magistrate Judge Tu M. Pham (the "Report and Recommendation"), filed May 5, 2013 (ECF No. 8), recommending that the Court grant Defendants' Motion to Dismiss, filed March 28, 2013 (ECF No. 5). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.  (See ECF No. 8 at 4.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report

and Recommendation in its entirety. Accordingly, Defendants' Motion to Dismiss is GRANTED.

    **SO ORDERED** this 24th day of May, 2013.

                                            s/ Jon P. McCalla  
                                            JON P. McCALLA  
                                            CHIEF U.S. DISTRICT JUDGE